Case No. 23-60436

Raymond Pitts,

    Plaintiff - Appellant

v.

Waffle House, Incorporated,

    Defendant - Appellee

Appellant's Brief

# Table of Contents

For Pitts v. Waffle House Inc, #3:23-CV-408-DPJ-FKB

#23-60436

Pg. 1. Cover
Pg. 2. Certificate of Interested Persons
Pg. 3 Statement Regarding Oral Argument
Pg. 4 Table of Authorities / Statement of Jurisdiction
Pg 5 Statement of Issues
Pg 6 Statement of Case
Pg 7 Summary of Arugument
Pg 8. Argument
Pg 9. Argument
Pg 10 Standard of Review
Pg 11 Conclusion
Pg 12 Conclusion
Pg 13 Certificate of Servise

U.S. COURT OF APPEALS RECEIVED OCT 05 2023 FIFTH CIRCUIT

United States Court of Appeals for The Fifth Circuit

Raymond Pitts
Appellant
v.
Waffle House Inc.
Appealee

23-60436

## Breif

Comes Now Raymond Pitts with the above titled action Before the honorable court of the United States Court of Appeals For the Fifth Circuit in New Orleans LA.

# Certificate of Interested Persons

I Raymond Pitts do state for the courts Interest in Case No 23-60436 Pitts v. Waffle House Inc. Persons as Follow. Waffle House Inc. (individuals may be name later if nessasary) By Amendment: EEOC Equal Employment Oppurtunity Commission (indivduals to be name later once identfied) By 2nd Amendment Baker Donelson Law firm (as a shared liability)

## Statement Regarding Oral Argument

I Raymond Pitts filed a Civil Rights complaint That the lower Court Accepted and filed suit on my Behalf, and just About violated Every Right of Due Process That I can Remember which is Right to have a hearing, Right to appointed counsel, And Right to Fair and Equal Treatment under the law

## Table of Authorities

The United States Constitution - in part
The Bill of Rights - in part

## Statement of Jurisdiction

The Civil Right violation Happened in the City of Jackson, County of Hinds, Mississippi falling under the Souther District of Mississippi Federal Court System Therefore Appeals of this District fall to The U.S Court of Appeals 5th circuit in New Orleans

## Statement of Issues

I Raymond Pitts was discrimanated against by Retaliation (hostle work envionment, wrongful termination etc.) I filed complaint with The EEOC Jackson Miss. office and They produced a charge letter stating Things I did not say I Amended it the same day To the Facts of which I stated. I filed complaint with the appropiate legal Authorities That Being the Southern District of Mississippi Federal Court System where my Rights where continually violated By Dening me Due Process of law. WAFFLE House Inc./ Baker Donelson filed a False document as well (Corperate Discloseure Statement)

# Statement of Case

I Raymond Pitts did on or about 6/26/2023 file complaint against WAFFIE House Inc I Requested a hearing to clarify my complaint on 7/10/2023 I was denied or ignored On or about 7/21/2023 WAFFIE House Inc./BAKER Donelson filed a unwarranted corperate Discloseure statement. On 7/24/2023 I filed in oppisition to said ~~disclosure~~ disclosure in Addition, I filed again on 7/26/2023 on the Oppisition of the filed FAlse statement and have Requested proof from the court. WAFFIE House's Federal TAX Returns. WAFFIE House Inc./Baker Donelson never Responded to my opposition. Only to ~~for~~ Dismissal's on clarical ERRORS, filing ERRORS Etc.

# Summary of Argument

- Right to be Protected
- Rights violations: Discrimination by Retaliation
- Right to Have a hearing
- Right to be appointed counsel
- Right to Fair and Equal Treatment under the law

Waffle House Inc./Baker Donelson filed a false document (unwarranted)

EEOC produced a false document to be filed in Court ~~a faith~~

Baker Donelson if they did not premeditate the filing of the False Document They should have advised ~~the client~~ there client of the Facts (Therefore They should have shared liablity)

# Argument

On 6/26/2023 I Raymond Pitts filed complaint against Waffle House INC. On 07/21/2023 WAFFLE HOUSE INC./Baker Donelson subbmitted a Corperate Disclosure Statement. I did not request or Did the Court order it. I only previously Requested a hearing to be appointed legal Counsel and possibly name Any liable Co-defendents (The EEOC). The Disclosure WAFFLE House Inc. filed is very easily proven to be False By There Federal Tax Returns And Stating the Obvious Role The Federal Gouerment Has In WAFFLE House Inc.'s Operation and Management WAFFLE House Inc. First operates under a Federal TAX ID# with out it They could not legaly operate. Secound WAFFLE House Inc. Must Be inspected or agree to Be inspected at any time By Federal Authorities Such As EEOC, OSHA FDA etc. And Follow The guidelines set forth By SAID ~~Agente~~ Agency's in order to Remain in operation. ~~Then~~ Thirdly WAFFLE House Must Turn over approx. 30% or more of profits annually. These Facts prove WAFFLE House INC./Baker Donelson filed a False Disclosure Therefore, I beleive WAFFLE House Inc./Baker Donelson hAVE shared liablitity

On May 17, 2023 After filing a complaint of Discrimination (Later I was Told it was Discrimination By Retaliation) I was issued A Charge letter from The Jackson Miss Office of the EEOC. Well upon Reading the Charge letter produced By ~~Anna Williams~~ that Office I imediately Returned to Demand Answers as to the Gross misrepresintation of my verbal statement They gave none only Reviewed The Audio file and Amended it to what I said And During the whole process it was clear I was not Being or going to Be protected, which is my Right under Federal Law. But I would have never guessed That They would lie on me and To Me, But They did I've subbmitted the proof

# STANDARD of REVEIW

- 07/10/23 I Raymond Pitts motioned the ~~For~~ court For a hearing to Appoint Counsel

- 07/31/2023 The Motion was denied

- 08/11/2023 Again I Raymond Pitts motioned the Court For A hearing to Appoint Counsel

- 08/14/2023 The Motion ~~and~~ for a hearing and to Appoint Counsel were Denied

- WAFFle House Inc. ~~Never~~ NEVER Responded to my Opposition to There Corperate Disclosure Statement.

- The EEOC Charge letter and the Amended Charge letter

# Conclusion

I Raymond Pitts United States Citizen #410 35 8466 Have Birth Rights under the U.S Constitution/Bill of Rights And They are unenalienable for any Reason or Cost. As a U.S Citizen IM entitled to file complaint when I Have Been Wronged. I have a Right to be heard. I have a Right to have a hearing once my complaint is Excepted. I have a Right to be Appointed Counsel if I can not Retain it on my own or afford it. I have a Right to fair and Equal Treatment under the law. These are my Rights The lower Court violated. The complaint is a Civil Action on My Civil Rights Being violated to begin with, Because I also have a Right not to Be Discriminated against for "Any" Reason The Court feels there's cause for Discrimination And the Court Found cause and Accepted my complaint And Filed suit, But that was it, no hearing

No Appointed counsel, Due to my PRO'SE Plantiff status And economic status as well

Therefore I await the higher courts order To observe my Rights that are written. And the Constitution/Bill of Rights will never change or Amend Them Because There (unen Alienatable) FOREVER, it not a previlage that can Be suspended or ignored It's the Right's Most American's Dont Even know They have Because Most of Them only see a Court Room to PAY A TRAFFIC ticket. Im differant. I have lost everthing in court cases Before But I, by my own Actions, Deserved it. Not This time. I was a loyal, hard working man at my choosen CAREER Worked in approx. 14 cities over a ~~lifetime~~ Lifetime, And Now Ive lost everything Due to this, I sleep in parking lots and on park Benches nomadicly. So I ask the court to GRANT my appeal so I my Receive A NEW life Because They MURDERED my OLD life all But my Body so if all Amendment are GRANTED I seek impeachment of all parties and Full Resolution of (3) Three Billion U.S. Dollars 3,000,000,000

12 of 12 13

Respectfully subbmitted

Raymond Pitts    9/23/2023

628 W. Capitol St
Jackson MS. 39203

Addition to 13

# Certificate of Service

I Raymond Pitts did by U.S mail send a Breif to the Honorable court of Appeals Fifth Circuit at 600 S. Maestri Place New Orleans LA 70130

Raymond Pitts
628 W. Capitol St.
Jackson Ms. 39203

9/25/23